

# NUMBER 13-12-00610-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**CHARLES E. SMITH, ET AL.,**                                              **Appellants,**

**v.**

**LONG ISLAND VILLAGE OWNERS
ASSOCIATION, INC. F/K/A OUTDOOR
RESORTS/SOUTH PADRE OWNER'S
ASSOCIATION, INC.,**                                                       **Appellee.**

---

### On appeal from the 445th District Court
### of Cameron County, Texas.

---

## MEMORANDUM OPINION

### Before Justices Garza, Benavides, and Perkes
### Memorandum Opinion Per Curiam

Appellants, Charles E. Smith, et al., attempted to perfect an appeal from an order signed on October 9, 2012, in cause no. 2011-DCL-7171-I. Upon review of the documents before the Court, it appeared that there was no final, appealable judgment

dated October 9, 2012. On October 15, 2012, the Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.1, 42.3. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of the notice, the appeal would be dismissed for want of jurisdiction. Appellant failed to respond to the Court's notice.

The Court, having considered the documents on file and appellant's failure to correct the defect in this matter, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a),(c).


PER CURIAM

Delivered and filed the
7th day of February, 2013.